Kobi J. MULLINS, Plaintiff-Appellant,

v.

WELLS FARGO BANK, N.A.; Samuel I.
White, P.C.; Shuttleworth, Ruloff,
Swain, Haddad & Morecock, PC, Defendants-Appellees.

No. 17-1536

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2017

Decided: July 24, 2017

Kobi J. Mullins, Appellant Pro Se. Terry
Catherine Frank, KAUFMAN & CA-
NOLES, PC, Richmond, Virginia; Michele
Adams Mulligan, GOLIGHTLY MULLI-
GAN PLC, Richmond, Virginia; Samuel I.
White, Richmond, Virginia, for Appellees.

Before DUNCAN and WYNN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kobi J. Mullins appeals the district court's order dismissing his complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Mullins v. Wells Fargo Bank, N.A.*, No. 3:16-cv-00841-REP, 2017 WL 1202656 (E.D. Va. Mar. 30, 2017). We also deny Mullins' motion to add a party. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*